

**From:** **Superior Elementary School** ariane.streeter@bvsd.org
**Subject:** Important Information from the Principal
**Date:** November 16, 2018 at 1:18 PM
**To:**

Dear Superior Elementary Families,

I want to thank all of our Superior Elementary families for compassionately coming together when our community was shaken by the Lockdown on Nov. 2nd.  As the events unfolded, we all experienced an increased and heightened awareness for the safety of our children. SES parents and staff individually and collectively put the emotional and physical well-being of all children first. Over the last two weeks, we have been working hard to provide students with the assurance of a safe and secure environment. Thank you parents for reinforcing that school is a safe environment, that we are here to learn and that it's important for our school conversations and work to reflect a safe learning environment.

This event caused SES and BVSD Security to look closely at our building security procedures to ensure that our practices are safe for all students. One of the areas that we identified to improve immediately is to screen unknown visitors to the building more thoroughly before allowing them entrance to the building. If someone other than a parent picks up a student, they are required to identify themselves, which may include showing ID and/or providing personally identifying information.  If they are unable to provide such information, they will not be allowed to enter the building.

We are all in this partnership of raising, educating and keeping our children safe and I want to thank you for your continued support. All of our staff here at SES share a deep caring and concern for the well-being of our children.

Our Bike Drive, Coat Drive and Food Drive have once again been a big success! I want to thank all of our families that donated items. Every year the generosity of Superior Elementary families supports hundreds of others who are less fortunate during the holiday season. Thank you so much for giving to others!!

**SAVE THE DATE!**

***Musical Performance Coming to Superior Elementary! Friday, November 30th***

Raven's True Self is an original play written by one of the parents in Phoenix, Colorado's Transgender Community Choir. It is about a transgender raven in a community of animals and the importance of friendship and being seen for who you are on the inside, rather than what you look like on the outside. The play is interactive and kids and parents are invited to sing along and participate in the story.

Phoenix, Colorado's Transgender Community Choir is a collaborative intergenerational arts collective founded in 2015 and based in Broomfield, with singers from all over the Front Range. Not exactly a traditional chorus, Phoenix is more of a safe space to take risks of self-exploration around gender and identity, creativity and voice, and leadership and community building. Although many of its members are trans-identified, the choir is home for anyone who does not fit neatly into the gender binary, as well as all those touched by trans issues, including parents, partners, friends and allies. Phoenix performs frequently at community events, often material composed by choir members, and has taken its original play, Raven's True Self, to various elementary schools in the Boulder Valley School District.

Superior Elementary is excited to welcome the Phoenix Choir to perform **"Raven's True Self"** on **Friday, November 30th.**

## Here's what you need to know:

**Who is invited: All Kindergarten thru 5th grade students and their families!**

**When: Friday, November 30th**

> · 10-10:30 Performance for AM Kinder, 1st and 2nd grades and their families
> · 1:00-1:30 Performance for PM Kinder, 3rd, 4th and 5th grades and their families

**Where: Superior Elementary Gym**

*Here at Superior Elementary our students show **R**ock **A**nd **R**oll Behaviors ~ **Respect**, **Acceptance** and **Responsibility**. **Respect** is our way of treating each other or thinking about something or someone. Our students show respect by being polite and kind to everyone. **Acceptance** is having a right to one's own feelings, thoughts and opinions. When we accept people for who they are, we let go of our desire to change them. **Responsibility** means being able to consciously make decisions, conduct behaviors that seek to improve oneself and/or help others. Most importantly, a responsible person accepts the consequences of his or her own actions and decisions. These are our Positive Behaviors that we continuously focus on and praise our students for showing each and every day!*

**Here are videos that teachers will show prior to the performance**

[He, She, They - What is Gender](#) (3:27) appropriate for kinder - 5th grade

[No More Gender Roles](#) (5:55) appropriate for 2nd - 5th grade

No More Gender Roles (3:38) appropriate for 2nd - 5th grade

Expressing Myself. My Way (3:36) appropriate for kinder - 5th grade

All of our staff here at Superior Elementary wish all of you a wonderful Thanksgiving Break!

Enjoy your time with your family and friends!

Sincerely,

Jenn Bedford

Boulder Valley School District (BVSD) would like to continue connecting with you via email. To set preferences for which types of messages are sent to your email address, activate your free InfoCenter account. If you prefer to stop receiving emails from BVSD, follow this link and confirm: Unsubscribe. Please note that if you unsubscribe, your email address will be placed on the "blocked list" for the remainder of the current school year and will no longer receive BVSD school or district emails that are distributed through our SchoolMessenger service.

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.