**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  20-cv-03399-RM-NRN

**LEWIS JONES**; and **BRECKEN JONES**; and **KJ**, a Minor,
BY AND THROUGH PARENTS LEWIS AND BRECKEN JONES
AS NEXT FRIENDS; and **RJ**, a Minor, BY AND THROUGH
PARENTS LEWIS AND BRECKEN JONES AS NEXT FRIENDS;
and **NJ**, a Minor, BY AND THROUGH PARENTS LEWIS AND
BRECKEN JONES AS NEXT FRIENDS; and

Plaintiffs**,**

v.

**BOULDER VALLEY SCHOOL DISTRICT RE-2**, Boulder, Colorado;

Defendant.

---

## UNOPPOSED MOTION FOR LEAVE TO MAINTAIN EXHIBITS TO DEFENDANT'S MOTION TO DISMISS UNDER LEVEL 1 RESTRICTION

Boulder Valley School District RE-2, (the "School District") by and through
undersigned counsel, moves under Local Rule 7.2 for an Order maintaining ECF No.
35 (Exhibits to Defendant's Motion to Dismiss) under Level 1 Restriction.

### Conferral Certification

Consistent with Local Rule 7.1A and the Court's practice standards,
undersigned counsel conferred with Plaintiffs' counsel concerning this motion by
email on March 24, 2021. Plaintiffs do not oppose this motion.

## Motion

On December 31, 2020, Plaintiffs filed their amended complaint (ECF No. 13) seeking relief under 42 U.S. C. § 1983 and alleging violations of the First and Fourteenth Amendments to the U.S. Constitution. On March 11, 2021, Defendant moved to dismiss that complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. (ECF No. 33). Defendant attached several exhibits to this motion, including a five-page document filed under Level One Restriction. (ECF No. 35.) The restricted documents are education records of the minor Plaintiffs' that are shielded from disclosure under the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g, 34 C.F.R. Part 99 (FERPA). The documents also contain information unknown to the public and which could be used to identify the minor Plaintiffs, including their names and the names of their parents and teachers. (ECF No. 35.) Plaintiffs have expressed to undersigned counsel a strong desire to shield the identities of the minor Plaintiffs in this case given their claim of retaliation.

Plaintiffs' interest in shielding the education records and identities of their minor children outweighs the presumption of public access to the emails in ECF No. 35. It is not possible to redact such information from the restricted emails without compromising the substance and usefulness of the emails.

The parties are conferring on and will soon be filing a proposed protective order that would shield certain information from public disclosure, including the education records and personally identifying information sought to be protected here.

WHEREFORE, Defendant Boulder Valley School District RE-2 requests that the Court grant this motion and maintain the documents filed at ECF No. 35 under Level One Restriction pursuant to Local Rule 7.2.

Respectfully submitted this 25th day of March 2021.

**CAPLAN AND EARNEST LLC**

*s/Elliott V. Hood*
Michael W. Schreiner
Elliott V. Hood
3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone: (303) 443-8010
mschreiner@celaw.com
ehood@celaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of March, 2021, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System which will notify the following:

J. Brad Bergford, Esq.
Illumine Legal, LLC
7887 E. Belleview Avenue, Suite 1100
Denver, CO 80111
Phone: 303.228.2241
Email: brad@lawillumine.com

*Attorneys for Plaintiff*

*s/Shellie Satterfield*
Shellie Satterfield, Paralegal
