**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**     **Exh. 1**
**(CASE# 1:20-3399-RM-NRN)**

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 00:01 | Christa: Hi, Parent. |
| 00:02 | Parent: Hi, Christa, how are you? |
| 00:06 | Christa: I'm good. Looks like your screen's a little frozen— there we go. |
| 00:09 | Parent: Do you see me? |
| 00:11 | Christa: I do, yeah |
| 00:11 | Parent: okay |
| 00:14 | Christa: Hi! Good to see you! |
| 00:14 | Parent: Hi! You too. |
| 00:16 | Christa: That's a beautiful color wall behind you— is that like a blue? |
| 00:19 | Parent: It is. So I used to be a night nurse and I painted everything dark so that I |
| 00:23 |     could sleep during the day. |
| 00:25 | Christa: There you go. That's smart. |
| 00:28 | Parent: Yep. |
| 00:30 | Christa: Yeah, I |
| 00:30 | Molly: Good morning, Parent |
| 00:31 | Parent: Hi, Molly. |
| 00:31 | Molly: How are you? |
| 00:32 | Parent: Good, how are you? |
| 00:34 | Molly: Doin' well. |
| 00:36 | Christa: Yeah, I got the second vaccine and last night I couldn't sleep and— so I |
| 00:41 |     went into my daughters room, you know she's off at college, and so I— I kept |
| 00:46 |     tossing and turning in bed and then I went in and was like wait, I thought I put |
| 00:50 |     night shades in here. These are not nightshades. I need total black right now! |
| 00:55 | Parent: Yeah, I'm sure. |
| 00:56 | Christa: Sometimes you just need those nightshades. Anyway, yep. So, anyway, |
| 01:02 |     thank-you Parent. I'm glad we had a chance to um just have a google meet here |
| 01:08 |     this morning. Molly, I wanna thank-you. I know you've got a busy day. Um— |
| 01:10 |     thank-you for being here too, and um I just want to begin by you know by saying |
| 01:17 |     thanks to Parent for sharing you know your email, and really voicing your |
| 01:22 |     concerns 'cause [alarm goes off] um just 'cause as we you know talk about our |
| 01:30 |     mission and being inclusive it's important that we're, we're bringing all |
| 01:34 |     perspectives in to conversations and so um I think my hope today is: one is that |
| 01:41 |     we we really, you know, listen and understand your perspective um that Molly |
| 01:49 |     also shares and provides just context of what the lesson was right and the lessons |
| 01:54 |     will be in terms of those teachings and then also just to make sure you're aware in |
| 01:59 |     terms of state law that we have to follow as a school, um as well as district, and |
| 02:04 |     um... district policy. So, so anyway those are my hopes from today, and then |
| 02:09 |     honestly just you know have an open forum for conversation, discussion, and |
| 02:14 |     then just mutual understanding too. So, um, you know I think the first when I |
| 02:20 |     first read the email because I think of every, every family as if they're my own. I |
| 02:26 |     do, I our kids, I think of them as my kids. So to be real I read that I just kind of |
| 02:31 |     felt… it hurt um and so... but I also know that that's part of our work, right? And |
| 02:40 |     um so anyway. That's just kind of where I was and then you know reframed it to |
| 02:44 |     really try to kinda understand where you're coming from and your |

<span style="color:red">CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
(CASE# 1:20-3399-RM-NRN)</span>  **Exh. 1**

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 02:49 | communication and so that's why I feel like… you know discussions is what |
| 02:56 | helps bridge understanding and understand you know perspective.  So, so let's |
| 02:58 | start with um… What would be most for you right now Parent?  Do you want to |
| 03:03 | share your your concerns, or do you first want to hear kind of the context of the |
| 03:07 | lesson?  What are your thoughts? |
| 03:10 | Parent: Um… I think uh you guys read my email so you kind of saw what my |
| 03:14 | concerns were... |
| 03:16 | Christa: mm hm |
| 03:16 | Parent: ...I'll just reiterate that I'll—I didn't say this in the email, but there's a thing |
| 03:24 | called intuition, every parent has it, and if you look at Bloom's Taxonomy and |
| 03:31 | you look at some of the things, some of the research out there, intuition is the |
| 03:35 | highest form of intelligence.  Right?  And for me and for my children, as well as |
| 03:42 | other children throughout the school, when I saw the email, which was confusing |
| 03:50 | because the title didn't actually say what the talk was going to be about, it's very |
| 03:54 | general, which almost made me not click on it, in fact the only reason I opened it |
| 03:59 | is because another parent who is concerned said, "Did you see the email sent |
| 04:03 | out?" and I was like, "no."  So I go back to my inbox, it had gone to junk mail so |
| 04:08 | I'm searching for it, and finally I find parenting slash—or Parent Book |
| 04:15 | Study/Counseling or whatever and I'm like, "Is this It?" Didn't know, couldn't |
| 04:20 | tell even though I was looking for it, what the true nature of the subject was.  Um. |
| 04:26 | And so that's, to me, a yellow flag.  Um.  But then reading though it, it's like, this |
| 04:31 | is a controversial topic.  It's a hot topic, and when it comes up in school districts, |
| 04:37 | things— p— parents get upset.  Right? We all know that. Um.  You guys may |
| 04:42 | have been anticipating that.  Um.  And then additionally, it didn't seem very |
| 04:50 | evidence based.  Like I would say the the nature of what you guys are rolling out |
| 04:56 | to these young students isn't settled science.  Right?  We all talk about science, |
| 05:01 | we wanna make sure that were following the science.  I was not finding much |
| 05:07 | data on it.  And the resource links that you guys provided were not helpful as far |
| 05:14 | as data goes and research.  And so, to roll out such a program to young children, |
| 05:22 | hit my intuition wrong. Um.  And then going through the literature couldn't really |
| 05:28 | find a reason to do this.  And so I think it's confusing and and trust was lost there. |
| 05:34 | Um.  So yeah— I would love to hear more about your approach and what um |
| 05:40 | your goal is, I guess.  And the law statutes, BVSD policies, whatever you would |
| 05:50 | like to include. |
| 05:52 | Christa: Parent, how about if we just move into context then Molly? do you want to |
| 05:56 | go ahead and start there? |
| 05:57 | Molly: Yeah, um, so, the lessons… the lessons last week I was in kinder, first, and |
| 06:03 | second grade classrooms.  And really what it is looking at is we are reading a |
| 06:08 | book, which I don't know if you've… we have it in our library.  It's called <u>I Am</u> |
| 06:12 | <u>Jazz</u>.  Um.  It's a picture book about a um kid that was born a boy and never felt |
| 06:18 | like she was a boy and she goes through the process of um how do I tell the world |
| 06:25 | who I am and how do I show the world who I am um through the activities I like |
| 06:30 | and the clothes that I wear.  Um.  And we have conversations about you know if |
| 06:36 | Jazz was going to be a new classmate in your classroom, what would you do to |



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 06:40 | welcome Jazz into your class?  Right?  And it's call her by the name she wants to |
| 06:44 | be called, invite her to play.  So we circle back and were like oh!  This is |
| 06:48 | something you would do with any student.  Right?  No matter if they identify as |
| 06:52 | girl, boy, transgender, um we talk about how Jazz showed the world who she was |
| 06:58 | by and I or her identity as a girl um through wearing dresses and growing her hair |
| 07:05 | out and playing sports and dancing and singing.  And other girls might identify |
| 07:10 | and show the world who they are by having short hair.  Um.  And so then the |
| 07:15 | activity that the students did was how do you show the world who you are?  Um. |
| 07:19 | Through activities that you do and things that you wear.  Um.  And so students |
| 07:23 | were just celebrating who they are and how they identify. |
| 07:28 | Parent: Um… So was that… was the <u>I Am Jazz</u> book the one that you guys used |
| 07:36 | starting Thursday that you pushed in the classrooms starting Thursday that you |
| 07:40 | had announced in the email?  Or was this prior to… Because you had said that |
| 07:46 | February 25 was Jazz and Friends Day or something like that.  Which was— |
| 07:48 | Molly: Right.  But we do Jazz and Friends Day the week of February 25.  We started |
| 07:54 | it last week, last Tuesday, um in classrooms, pushed in, and then you know |
| 08:01 | wanted those conversations to be brought home so pushed it out to families; |
| 08:05 | here's what we're doing.  Um.  Just so families could have those conversations at |
| 08:11 | home if they—if that's something that they wanted to do. |
| 08:15 | Parent: So you didn't tell families in advance before rolling out the Jazz and friends |
| 08:20 | book in K, first, and second?  Or was it preschool, K and first?  Whatever. |
| 08:25 | Molly: It was yeah K, first, and second.  So we sent that email out I think that was |
| 08:29 | Wednesday morning.  So we had—I had done a few lessons on Tuesday. |
| 08:34 | Parent: Hmm. |
| 08:35 | Christa: So, what Parent, one of the things too that… you know I've always been a |
| 08:41 | believer in terms of communication.  I've probably communicated a lot more as |
| 08:44 | the principal than many principals do.  And, you know with that— with bringing |
| 08:51 | in literature to talk about gender, that's actually something that's not required for |
| 08:57 | us to communicate as a school.  The piece that we believe is really important, |
| 09:01 | however, is that… it honestly, for me, that's probably an area where you know I |
| 09:08 | didn't, I didn't even think about sending communication to parents in advance |
| 09:13 | about this because often times just like with many of the lessons that Molly does, |
| 09:18 | we're not sending that communication out in advance telling everything that |
| 09:23 | she's teaching right because we're not expected to as schools.  So the purpose for |
| 09:31 | us sending it actually was a parent phone call and she said hey Christa, you know, |
| 09:36 | I just wanted you know some language to be able to support conversations with |
| 09:42 | my child when they come home.  What are some resources or what are some |
| 09:45 | things that would be helpful?  And so that was where in that moment I thought oh |
| 09:50 | yeah, we should share communication with parents.  We are not we are not |
| 09:57 | supposed to be providing an avenue for the parents to opt-out with these topics of |
| 10:01 | conversation.  So our intent and purpose with the communication was to |
| 10:07 | essentially provide families with additional resources and tools to be able to |
| 10:14 | navigate questions they may have.  Right?  So anyway, you know and and for |
| 10:20 | example, one school this year… so this has happened just so you're aware and |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER  **Exh. 1**
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 10:25 | I'll show all of the... I'll show you kind of the state policy and law and all of that |
| 10:30 | around this topic but BVSD has done really in-depth work.  Um.  In fact about |
| 10:37 | three, probably I would say, about three years of work and there were transgender |
| 10:42 | families that were moving into the district for the very reason of knowing that |
| 10:46 | BVSD is very much about equity and inclusion. Right?  So a lot of our staff |
| 10:51 | actually got trained, and so these conversations were coming into the school. |
| 10:57 | Literature coming into the school.  All of this has been the fold of who Fireside |
| 11:03 | is.  The last two years to be honest, it probably has not been front and center as |
| 11:07 | much, just with the shift of a new superintendent.  But our staff have all gotten |
| 11:13 | trained on gender and equity, and so, and we are required to be able to do this. |
| 11:20 | So, our purpose as a school in communicating was merely to make sure if your |
| 11:24 | child comes home you do have some tools and resources to build a deepened |
| 11:29 | understanding.  So, one school in point, one in particular school they K-5 do |
| 11:35 | much more extensive lessons around this topic, um but they don't ever they don't |
| 11:42 | communicate to the community because it is just part of the fold and the nature of |
| 11:47 | the the curriculum.  Right?  And what that does is it it's providing safe spaces for |
| 11:51 | it because there are kids the reality of it is there are kids that are expressing or |
| 11:59 | finding at an earlier age gender expressing.  And those kids, if they're some of |
| 12:06 | them if they're not if that's not discussed and welcomed and supported in the |
| 12:10 | elementary grades, those are the students that we end up losing later |
| 12:15 | unfortunately to suicide because they didn't have a safe space.  So we have |
| 12:21 | found, just like with Black-history month, just like with um you know other |
| 12:28 | pieces that literature is an avenue to build and provide a welcoming, inclusive |
| 12:35 | space, so all children feel like they can be and express who they are.  Um.  So |
| 12:42 | anyway, what what questions do you have, I guess, yeah based on what Molly |
| 12:46 | shared and based on what I just shared with you before I share some of the |
| 12:46 | district policies? |
| 12:49 | Parent: Um. So you keep calling it the curriculum and I guess I'm wondering, under |
| 12:57 | what umbrella does this curriculum fall.  Is it under Social Emotional Learning |
| 13:04 | and Health, Comprehensive Health Education and Mental Health, or is it under |
| 13:10 | history and civil government. Um. Curriculum. Or what would you call it? |
| 13:21 | Christa: Do you want me to address that Molly or do you want... |
| 13:24 | Molly: I was going to kind of say, and Christa you can add on this, the law is very |
| 13:29 | much written where it's up to the schools on how and where they want to add that |
| 13:34 | into the curriculum.  It aligns with a number of my… they're called ASCA the |
| 13:40 | American School Counseling Association um standards.  And so it felt like that |
| 13:46 | was an appropriate place to um have these lessons.  And really the lessons I— I— |
| 13:54 | I just wanna come back to I'm just celebrating who we are, and how we show the |
| 13:58 | world who we are. |
| 14:01 | Parent:  But what does it fall under as far as curriculum goes? |
| 14:06 | Christa:  It falls under her ==counseling standards==.  And so under her counseling |
| 14:10 | standards, that's where this material was pulled in.  So, as a school, the |
| 14:16 | counselors have standards, the teachers have standards.  And then the other piece |
| 14:21 | with that, and this was the training we previously did as a school. We as, as |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER | Exh. 1
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 14:26 | educators have to become more conscientious as well in terms of you know even |
| 14:33 | pronouns. Um. So it's also giving us another layer of understanding in terms of |
| 14:39 | how we ensure that we're providing safe spaces for kids to express who they are |
| 14:45 | based on gender expression, based on their cultural responsiveness. Um. And so |
| 14:53 | this also falls as a district under equity and our culturally responsive framework, |
| 15:00 | so teachers are expected to provide practices that align with different cultures, |
| 15:06 | different genders. So. Anyway, specifically to answer your question though |
| 15:11 | these fall under her counseling standards. |
| 15:14 | Parent: So is it Comprehensive Health Education? |
| 15:19 | Christa: So let me show you where… So I'm going to go ahead and pull up now for |
| 15:21 | you and I'll present… and then I can share this with you (unintelligible). |
| 15:26 | Molly: And I can read just a few of the standards that it falls under for for counseling. |
| 15:31 | One of which is recognizing, accepting, respecting, and appreciating individual |
| 15:36 | differences. And another is demonstrating respect and appreciation for individual |
| 15:41 | and cultural differences. |
| 15:45 | Christa: Okay. |
| 15:45 | Parent: I would add that gender expression and gender identity and sexuality are all |
| 15:53 | very much closely intertwined and the things you just mentioned Molly did not… |
| 16:02 | they were very general and so you know what happens when there's general |
| 16:06 | description like we have a lot of freedom to do what we want within that and |
| 16:12 | there's really no specific… nothing in there told me gender identity and sexuality |
| 16:18 | and sexual expression. Um. So, I'm surprised that you would say that one. |
| 16:27 | Christa: Alright. So I'm going to go ahead share and present here and then I can |
| 16:30 | share this with you too Parent. So this just talks about state what our laws are |
| 16:36 | that we're following. And then it also gives you some information as far as board |
| 16:42 | policy too. So I'm going to give me a moment through that. |
| 16:48 | Parent: I've read through— I did a lot of digging this weekend. I have read through |
| 16:52 | that which means it falls under the context of history and civil government, um |
| 16:58 | which doesn't seem like something that a school counselor would be teaching. It |
| 17:02 | doesn't seem to fall under that umbrella so let's go to the next one. |
| 17:08 | Christa: And then these essentially are board policies that um I'll share with you. |
| 17:13 | Sounds like you might have pulled this work up too. |
| 17:15 | Parent: Yep. |
| 17:16 | Christa: Yep. And so, yeah. And so this can fall also under and yeah. So I need to |
| 17:23 | pull those up 'cause as you see in here, some of it yes, does go under… um. And |
| 17:29 | also so you're aware, so some of them do fall under Health Education, sexuality, |
| 17:34 | fifth grade unit. Right? Um. And then, just so you're aware too, we have |
| 17:41 | reached out to our to our legal department, and I've reached out to also our |
| 17:48 | director who oversees all the counselors. She's in full support of the lessons that |
| 17:53 | are taking place. Um. And so in terms of the work that we're doing, there has |
| 17:59 | not been any concern or question with the lessons that have been taught. Now, |
| 18:06 | the other piece that you do have the right and that's under one of those tabs there. |
| 18:12 | Whoops. Mm Hm. Let's see. One of the tabs there. You have the right though |
| 18:16 | as a parent, if you feel in terms of the curriculum and based on what we've |



**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**(CASE# 1:20-3399-RM-NRN)**

Exh. 1

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 18:20 | shared, that you are in disagreement with that, you do have the right to file a |
| 18:26 | complaint about that, which you can do. And that's under one of the board |
| 18:31 | policies here too. Um. So that's under I think it's KEC-R complaints about |
| 18:38 | curriculum or instruction. Would you like me to share the doc with you so you |
| 18:41 | have it? |
| 18:43 | Parent: No, I have it. But it's funny because mine has a little bit of a different |
| 18:46 | wording. It says Teaching of History and Civil Government and does not say |
| 18:49 | culture so I'm not sure where your wording came from. But mine when I go to |
| 18:53 | the state Colorado website it does not say culture. Culture is not one of those |
| | things that expands if you if you will the definition and what we're allowed to do. |
| 18:58 | Um. |
| 19:05 | Christa: Okay. |
| 19:06 | Parent: So that's surprising to me because that's not what the live link that I clicked |
| 19:06 | on said. Um. Again— |
| 19:12 | Christa: I think ___ (unintelligible)… Yeah |
| 19:14 | Parent: I'm unclear if we're using it in the context of History and Civil law, civil |
| 19:14 | government, why it would be taught by Molly. She is a school counselor. She is |
| 19:22 | a Social Emotional Learning expert. Um. And so that seems to not hold any |
| 19:27 | water to me. I'm surprised. |
| 19:34 | Christa: Yep. So when we think about Social Emotional Learning, a big piece of that |
| 19:37 | is too, Parent, is that some of these topics are are tricky for kids. Right? And so |
| 19:41 | creating a safe space in terms of really Social Emotional Learning, the foundation |
| 19:50 | of that is that all kids feel socially emotionally like they are a part of their school |
| 19:55 | community. |
| 20:03 | Parent: And I am 100% on board with that. And I do believe that there is a less |
| 20:05 | controversial approach that schools can take and that the district can take, in |
| 20:10 | which we are teaching, and I said this in my email, dignity and support of every |
| 20:16 | single human. I do not, again, going back to my intuition but also as a |
| 20:22 | professional, having dealt with struggling transgender individuals a few decades |
| 20:29 | down the road from this, okay--not children, but adults. Um. I will say, it is it's |
| 20:37 | concerning, the way it's presented within the school hours given by a very trusted |
| 20:46 | professional. I've talked to Neve about Molly--Neve loves you Molly, um, really |
| 20:53 | looks up to you and being at school, within school hours, and doing this type of |
| 20:58 | thing without parents knowing, and you guys know that it's parents are going to |
| 21:05 | get, yeah you guys call it tricky, it's very tricky for parents. This causes quite an |
| 21:08 | uproar and I've actually received a lot of support already from people who are |
| 21:14 | afraid to do what I'm doing right now. And actually talk to you guys and show |
| 21:18 | my face and sign my name on an email because they're afraid of being bullied. |
| 21:22 | Okay? They're afraid that somebody will be called out, um, but. Back to my |
| 21:26 | point, it feels like there's a little bit of preying on vulnerable children within the |
| 21:33 | school hours of operation, not telling the parents, and then creating this new, |
| 21:39 | exciting concept that most of these children have never thought about or never |
| 21:45 | would think about themselves. And you're right, the transgender child needs a |
| 21:50 | safe space. But, when it's rolled out in this way, myself and other parents are |



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 21:55 | concerned that you are creating a new, exciting thing that kids want to opt-in to |
| 22:00 | themselves, where they're like I want connection I want validation--having no |
| 22:06 | idea of the consequences potentially out there and just wanting to be this because |
| 22:11 | they're getting new exciting information from Molly and they love Molly or their |
| 22:18 | teachers and whatever.  Um, to me is not the right way to approach it and at this |
| 22:23 | age to me is too young.  And so those are my concerns.  Um, I do know that |
| 22:30 | certain topics of discussion require you to notify the parents 2 weeks in advance. |
| 22:39 | I feel that this falls under that, Comprehensive Health Education, we didn't get a |
| 22:47 | notification 2 weeks in advance.  It also requires an opt-out option for parents |
| 22:52 | who maybe, not necessarily religious beliefs, but even just basic beliefs, may not |
| 22:58 | be congruent with the topic that you are pushing into the classroom.  And that |
| 23:04 | requires that you guys allow parents to opt-out in advance and also give us |
| 23:11 | curriculum, lesson plans, slides, scripts detailing what you will be discussing with |
| 23:17 | our children.  Um, I did ask you guys for that in advance to this meeting and I did |
| 23:21 | not get a response from you, which I was sad about.  So, hopefully you can still |
| 23:26 | send me those and I can look at them and maybe send Neve back to school. |
| 23:29 | Christa: So, Parent, a couple of things.  Um.  First of all, what you had mentioned |
| 23:38 | about the opt-out, we have asked specifically that question and the specific |
| 23:43 | response was no, you do not need to send prior communication, you do not need |
| 23:50 | to send, this is part of your curriculum conversation.  So the specific guidance |
| 23:56 | that we received is that you do not need to provide an opt-out.  So that is one. |
| 24:01 | Um. |
| 24:08 | Parent:  Why? |
| 24:09 | Christa:  Two, I'm just addressing your points.  The second piece that I think you'd |
| 24:11 | mentioned I believe your email request came at 3, that response, our policy, is 24 |
| 24:15 | hours to 48 hours in terms of responding to email.  I know Molly had a huge |
| 24:21 | week last week, so I was not going to add something else to her plate for the |
| 24:27 | weekend, especially understanding how hard our teachers are working right now. |
| 24:31 | Um, I also knew that today our purpose of today's forum was to make sure you |
| 24:36 | had clarity and understanding about what the lesson entailed.  It's one lesson |
| 24:41 | Molly?  Is it one visit? |
| 24:46 | Molly:  (Motions 1.) |
| 24:47 | Christa:  It's one. |
| 24:48 | Molly:  It's one per per class. |
| 24:49 | Christa:  Yep.  So it was one, it was one book.  So, everything that you heard today is |
| 24:51 | what transpired in that---how much time are you in there?  20 minutes? |
| 24:56 | Molly:  20 to 30 minutes. |
| 25:02 | Christa:  Yeah.  So that was the one lesson, so, anyway, we, you know we are |
| 25:03 | working within the parameters that we've been given.  So, um and as I said, these |
| 25:09 | books, literature...literature to be quite honestly has been historically the way |
| 25:18 | these topics are brought into the fold.  So, I would say it's probably going better |
| 25:26 | to your point as far as where legal is about it, I would say some historical, some |
| 25:30 | it's woven in through our, you know, litera--literacy time, so it's more integrated |
| 25:36 | often time through teachers, and that was the training that we received in the past |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER 
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 25:42 | where we spent, like I said, a couple years and working on how do we ensure that |
| 25:46 | we're providing these windows of opportunity.  So, to be honest, in the past it's |
| 25:52 | been more through integrated through the literature.  Um, so, anyway, I hope all |
| 25:57 | that answers, yeah.  So, as far as us sending an opt-out, no we're not expected to |
| 26:04 | do that--That was courtesy, us sending that communication out.  Um and two, it |
| 26:08 | was a 20 minute lesson, one book, quick conversations, so there's not extensive |
| 26:14 | curriculum.  So those are the 2 needs you requested.  What else? |
| 26:18 | Parent:  Well, the thing I requested was the opt-out and I hear you saying that you're |
| 26:23 | not required… |
| 26:27 | Christa:  We're not expected, in fact, actually it's frowned upon that we provide that. |
| 26:29 | Because, what that's doing if we're saying... It's basically putting down, other |
| 26:34 | children who would fall within that window of trying to determine who they are, |
| 26:42 | and so what we're then saying if we're then allowing an opt-out, it's not honoring |
| 26:47 | that particular student.  So, that's the way that the district is looking at it.  Is that |
| 26:51 | it's not an element. |
| 26:56 | Parent:  Wait.  I'm confused.  What student, which student?  If you're allowing an |
| 26:56 | opt-out, it's not honoring which student?  The transgender student? |
| 27:02 | Christa:  Do you want to...do you want to share it more eloquently than I can, Molly? |
| 27:06 | If (unintelligible) we're providing an opt-out opportunity. |
| 27:09 | Molly:  Yeah, so what, so I think you know another way we can put it is: what |
| 27:13 | message is that sending to our students who might be transi--transgender, whose |
| 27:18 | family --that they have a family member that is transgender, um when they see |
| 27:23 | oh! it's time for Miss Molly's lesson, um, they're going to leave the classroom, |
| 27:29 | they're not going to be participating.  And feeling safe and comfortable in a |
| 27:33 | creating a space where they can be who they identify as. |
| 27:39 | Christa: (Unintelligible) you know, because there are parents though--while we are |
| 27:47 | not expected, nor are we encouraged as schools to provide that opt-out option, if I |
| 27:53 | have a parent like you who comes to me and is vehemently opposed in talks you |
| 28:00 | know and it's really, really not okay, then by all means, I'm not going to say no |
| 28:06 | your child needs to stay in that environment.  I'm going to work with that child, |
| 28:11 | with that family.  Um, but I just need you to understand that that is the guidance |
| 28:14 | that we've been given.  So. |
| 28:19 | Parent:  I do believe, go ahead, Molly. |
| 28:22 | Molly:  I was just gonna kinda give, you know, uh...like Christa had said, there's |
| 28:24 | other schools in the district who it's K-5 they don't, they don't share anything |
| 28:28 | with their families and in fact there's one school, um, whose counselor took part |
| 28:33 | in this.  But, there was there was a student who, an elementary student, who was |
| 28:38 | transgender and wanted to share that with his class.  And so they had a whole |
| 28:42 | class period where he got to share this transition and the only questions that were |
| 28:46 | asked in that class were, "what's your favorite song?" and "what name do you |
| 28:51 | want to go by?"  And, um, they ended the session with the whole class having a |
| 28:55 | dance party to celebrate, um, his transition.  Um, parents were not notified ahead |
| 29:00 | of time, they connected with legal ahead of time and it was not, um, an |
| 29:08 | |



Exh. 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 29:12 | expectation of the schools to reach out to parents beforehand.  Just to kinda give |
| 29:17 | you an idea of the range in the picture and where we are within that. |
| 29:22 | Parent:  I guess, that's great.  I'm very happy for that child.  However, I'm not here to |
| 29:28 | talk about ideas and ranges of what you're doing within the bounds of the policy. |
| 29:34 | I'm here to talk about specific policy and the fact that I do not believe you guys |
| 29:39 | followed policy when you rolled this out before telling parents.  I understand this |
| 29:45 | is a wide-spread district practice.  And, I've been to multiple board meetings for |
| 29:51 | different reasons, but have heard this topic come up many times, with lots of |
| 29:57 | parents concerned within the community.  And, from my perspective, there's a |
| 30:04 | spirit of accommodation that BVSD claims they want to incorporate with all |
| 30:13 | parents.  And for you guys, Christa, to say, well that's frowned upon or we're not |
| 30:21 | required to do that, when a parent comes to you with this concern is not in the |
| 30:25 | spirit of accommodation.  And I also believe that I don't have a clear answer |
| 30:30 | about under what curriculum this falls.  And I also don't have a clear answer on |
| 30:38 | gender identity, is it Comprehensive Health Education, which I believe it is. |
| 30:44 | We're talking about mental health, we're talking about sexuality, we're talking |
| 30:47 | about how we identify based on how we feel inside.  That's mental health, that's |
| 30:53 | Comprehensive Health Education.  And, in my limited understanding, which will |
| 30:59 | expand over time because I will continue to do digging on this, you guys have not |
| 31:04 | followed protocol, you did not notify us.  And I understand, again, widespread |
| 31:08 | district practice doesn't make it right.  Okay?  It doesn't make it accommodating |
| 31:14 | to all parents and it doesn't make it ethical.  And, if anything, me learning that |
| 31:20 | this is what's happening, only furthers my index of suspicion that I cannot be |
| 31:29 | trusting the people that are educating my kids all day long.  And I'm disappointed |
| 31:38 | because Fireside has been a great experience up until this point.  But you guys all |
| 31:45 | have probably been taught in your education about this topic and how to bring it |
| 31:51 | up, that parents will resist and parents will push back.  In knowing that, why |
| 31:56 | would you not communicate more rather than less?  If it's because you want |
| 32:03 | those parents, who would push back, you want their children to for sure be in the |
| 32:09 | lessons and in the classroom during that time, that's a problem.  And I'm still |
| 32:17 | very concerned and I don't feel like my request for opt-out for parents and more |
| 32:24 | clear communication is being honored in this discussion or even considered going |
| 32:29 | forward.  But rather, Christa, you're telling me that you did us a favor to even |
| 32:33 | send an email that didn't have the subject in the title of what was really |
| 32:38 | happening.  And you sent it late on a Wednesday, and had started the talks before |
| 32:43 | that, and you're telling me you did us a favor by sending that email.  That doesn't |
| 32:48 | sit with me right. |
| 32:52 | Christa:  Parent, I guess a couple of things is I, you know, to be honest with you at |
| 32:56 | this point, I don't know that there's much more than I can say that would help |
| 33:00 | you feel more at ease.  Um, you know, I guess two pieces that you'd mentioned |
| 33:07 | in terms of accommodating, I specifically shared that if a parent comes to me and |
| 33:13 | absolutely feels like they do not want their child to be in the lesson, that is |
| 33:17 | something that I would accommodate.  The second piece is that you keep |
| 33:22 | referring to a policy and there's not a policy that we need to send parents a |



**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**(CASE# 1:20-3399-RM-NRN)**

Exh. 1

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 33:28 | communication in advance and have them opt-out.  This is not falling under the |
| 33:33 | Health Education, right.  So with Health Education, yes the 5th grade curriculum |
| 33:39 | that's taught, this was not brought in and taught under specifically the Health |
| 33:43 | Education piece.  This was taught through SEL lessons, a 20 minute book, talk, |
| 33:50 | lesson in the classroom.  So, you know, at this point, Parent, I don't know what |
| 33:56 | more I could say.  Um, you know, it does hurt to say in terms of for how hard we |
| 34:02 | work, how much I care about, Miss Molly cares about, we all about our kids, it's |
| 34:08 | hard to hear you say about the loss of trust.  But, honestly, right now, in this |
| 34:14 | conversation, I don't know what more you need from us to help you.  Other than, |
| 34:23 | I think the main essence of what I am getting is that you would have liked this |
| 34:28 | communication to be thoroughly communicated two weeks prior and giving |
| 34:35 | parents an option to opt-out.  Is that it? |
| 34:39 | Parent:  Plus |
| 34:40 | Christa:  If we could go back in time is that it. |
| 34:43 | Parent:  That is it, plus an option to view all the curriculum that you would be |
| 34:46 | teaching.  Because, maybe it's not as bad as I have it in my mind.  Maybe this is a |
| 34:52 | wonderful lesson.  I don't have access to the materials that you guys are using. |
| 34:57 | And so that would be part of the decision making process for the parent, right? |
| 35:01 | Two weeks' notice, you know everyone is busy, we don't even read all the emails |
| 35:05 | because we're all working, we're all quarantined, we're all worried about |
| 35:09 | everything right now.  Um, and so, two weeks prior communication, showing |
| 35:16 | what you're gonna be presenting in the classroom, because you know that this is |
| 35:19 | a controversial topic, and having the option to opt-out.  I believe that all of those |
| 35:24 | fall within the district's policies for Comprehensive Health Education, so whether |
| 35:28 | or not this is a part of that, when you talk about sexuality and gender identity, |
| 35:32 | apparently remains to be agreed upon.  We're agreeing to disagree right now that |
| 35:40 | it falls under that, but if it does, then you need to follow those policies and do |
| 35:45 | that. |
| 35:46 | Christa:  Right |
| 35:46 | Parent:  And if it doesn't, just to build trust with the community in general, and |
| 35:49 | parents in general, knowing that it's a very controversial topic, that would be a |
| 35:54 | way to show that spirit of accommodation that BVSD is proud of. |
| 36:02 | Christa:  Alright, so what I'll do as a result of our conversation, Parent, is I am going |
| 36:06 | to... So, one, I don't see that this falls under the, um, that that health unit.  Right. |
| 36:12 | But I am going to have a conversation follow-up with our director of counseling |
| 36:16 | 'cause she is the one that we've, um, we we reach out to for consultation and |
| 36:22 | support, and so I'll reach out to her.  In going forward, and obviously, this year is |
| 36:28 | done, right?  We've already, we are where we are with this year with this lesson. |
| 36:32 | But in terms of bringing it in next year, if we were to repeat and do a one-day |
| 36:37 | twenty minute lesson like we did this year, is that something that we need to |
| 36:41 | pursue or consider?  What I've been told this year is no, Christa, it is not.  But I |
| 36:46 | will I will take that back and see, right.  So I think at this point, that's probably |
| 36:51 | the only only other piece that I will follow up on.  Um.  Any other questions or any |
| 36:59 | other closing thoughts that you have, Molly? |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER 
(CASE# 1:20-3399-RM-NRN)

Transcript of Video - Parent Meeting with Christa Keppler and Molly Kobus 3/8/21

| | |
|---|---|
| 37:07 | Molly:  Um, I just, you know, hearing you talk, I just am concerned in that, like |
| 37:11 | Christa had said, I care about these kids, I don't want this to get in the way of my |
| 37:16 | relationships with students and with kids.  My intention in this is just to create a |
| 37:23 | safe space for these kids to be who they are and to share who they are.  Um, and |
| 37:30 | safe for all of the kids. |
| 37:34 | Christa:  And I think, you know, the number of, we have received a number of |
| 37:37 | positive emails too and that um you know that's that is the spirit of really who we |
| 37:45 | are as a school.  Is that we want to recognize and honor and celebrate each |
| 37:50 | individual child that walks in through these front doors.  And I gotta say, Molly |
| 37:55 | does incredible work with our kids, and I am so grateful for how she brought this |
| 38:01 | sensitive-- Yeah, it's sensitive, but it's a one, twenty minute book.  And uh |
| 38:07 | opened a conversation and created a lovely space for our kids.  So.  Anyway. |
| 38:13 | And with that, I have meetings I've gotta get to.  So, thank you so much, Parent, |
| 38:17 | um, you've given us a lot to, you know, think about.  And, you know, like I said, |
| 38:21 | I will follow up with our director of counseling and legal too just to make sure |
| 38:25 | that the approach we took was the correct approach.  At this point, the guidance |
| 38:31 | I've been given from the district is that we did.  So. |
| 38:34 | Parent:  So will you get back to me about that um, and I would also request, um, the |
| 38:40 | curriculum that you're using for that 20 minutes, Molly, as well as any like talking points that you will be using.  Um, I believe that as a parent I |
| 38:43 | am...allowed to see that. |
| 38:49 | Molly:  The link is in there.  It's called I am Jazz.  Um, the I am Jazz link and the |
| 38:54 | lesson plans are in there and the book that I am using is <u>I am Jazz</u>. |
| 38:57 | Parent:  Where are the lesson plans? |
| 39:01 | Molly:  So if you click on register, they will be sent to you.  I can send you...I'm |
| 39:03 | happy to send you a list of the questions that we discuss and the short activity that |
| 39:08 | we do. |
| 39:13 | Parent:  That would be great, um, where do I click register because I didn't see that in |
| 39:14 | your email. |
| 39:17 | Molly:  If you click on Jazz and Friends on that homepage, there's a register in there. |
| 39:19 | Parent:  Okay.  Okay!  Well, I look forward to hearing from you, Christa, once you |
| 39:25 | hear back from your legal counsel as well.   And I appreciate you guys meeting |
| 39:32 | with me. |
| 39:37 | Molly:  Great |
| 39:38 | Christa:  Thank you Parent. |
| 39:39 | Parent:  Bye. |
| 39:40 | |