CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER [CASE # 20-cv-03399-RM-NRN]



Shawna Rendon <shawna.rendon@bvsd.org>

## Fwd: Superior KE complaints

1 message

**Exh. 2**

**Robbyn Fernandez** <robbyn.fernandez@bvsd.org>  Wed, Feb 3, 2021 at 3:45 PM
To: Shawna Rendon <shawna.rendon@bvsd.org>

---------- Forwarded message ---------
From: **Randy Barber** <randy.barber@bvsd.org>
Date: Tue, Mar 12, 2019 at 7:02 PM
Subject: Superior KE complaints
To: Robbyn Fernandez <robbyn.fernandez@bvsd.org>

Are you in a place where you can provide me the complaints regarding Superior? I got a ruling and need to redact and send to Amy.

RB

--
Randy Barber
Chief Communications Officer
Boulder Valley School District
Office: 720-561-5823
Mobile: 303-507-6694


--
Confidentiality Notice: This e-mail message, including all attachments, may contain information that is confidential, proprietary, privileged or otherwise protected by law. It is to be viewed only by the intended recipient(s). If you are not the intended recipient(s), please notify the sender of this message and delete your copy immediately. Thank you for your cooperation.

### Robbyn Fernandez
Area Superintendent East Network
720-561-5913



BVSD 000205

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER [CASE # 20-cv-03399-RM-NRN]

**Exh. 2**

--
Confidentiality Notice: This e-mail message, including all attachments, may contain information that is confidential, proprietary, privileged or otherwise protected by law. It is to be viewed only by the intended recipient(s). If you are not the intended recipient(s), please notify the sender of this message and delete your copy immediately. Thank you for your cooperation.

Robbyn Fernandez
Assistant Superintendent for School Leadership
Boulder Valley School District
720-561-5913

---

**6 attachments**

- **Supplemental Complaint.pdf** 334K
- **redacted garcia note.pdf** 526K
- **parentJstatement.pdf** 160K
- **parentistatement.pdf** 282K
- **12:3:18b Followup from Last Week OptOut Notification.pdf** 76K
- **graphicnovelpages.pdf** 3374K

---

**Robbyn Fernandez** <robbyn.fernandez@bvsd.org>  
To: Shawna Rendon <shawna.rendon@bvsd.org>

Wed, Feb 3, 2021 at 3:32 PM

---------- Forwarded message ---------
From: **Robbyn Fernandez** <robbyn.fernandez@bvsd.org>
Date: Tue, Mar 12, 2019 at 7:10 PM
Subject: Fwd: Supplemental Complaint & Evidence Attached
To: Randall Barber <randy.barber@bvsd.org>

Here is the supplement to the original complaint.  Plus a lot of other stuff.  You only need the complaint part.
[Quoted text hidden]

--
[Quoted text hidden]



**Robbyn Fernandez**
Area Superintendent East Network
720-561-5913

BVSD 000109

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER [CASE # 20-cv-03399-RM-NRN]**

**6 attachments**

**Exh. 2**

- 📄 **Supplemental Complaint.pdf** 334K
- 📄 **redacted garcia note.pdf** 526K
- 📄 **parentJstatement.pdf** 160K
- 📄 **parentIstatement.pdf** 282K
- 📄 **12:3:18b Followup from Last Week OptOut Notification.pdf** 76K
- 📄 **graphicnovelpages.pdf** 3374K

---

**Robbyn Fernandez** <robbyn.fernandez@bvsd.org>   Wed, Feb 3, 2021 at 3:44 PM
To: Shawna Rendon <shawna.rendon@bvsd.org>

---------- Forwarded message ---------
From: **Randy Barber** <randy.barber@bvsd.org>
Date: Wed, Mar 13, 2019 at 6:51 AM
Subject: Re: Supplemental Complaint & Evidence Attached
To: Robbyn Fernandez <robbyn.fernandez@bvsd.org>

Thanks Robbyn!  I only took the complaint and supplemental complaint, redacted and sent to Amy.

Tina and I spoke to her after the Board meeting and she really wasn't interested in the complaint that much. I'll keep you posted.

Randy
[Quoted text hidden]
Randy Barber
Chief Communications Officer
Boulder Valley School District
Office: 720-561-5823
Mobile: 303-507-6694
[Quoted text hidden]

---

**Robbyn Fernandez** <robbyn.fernandez@bvsd.org>   Wed, Feb 3, 2021 at 3:49 PM
To: Shawna Rendon <shawna.rendon@bvsd.org>

[Quoted text hidden]
[Quoted text hidden]

**Robbyn Fernandez**
Area Superintendent East Network
720-561-5913



---

**6 attachments**

BVSD 000110