**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  20-cv-03399-RM-NRN

**LEWIS JONES**; and **BRECKEN JONES**; and **KJ**, a Minor,
BY AND THROUGH PARENTS LEWIS AND BRECKEN JONES
AS NEXT FRIENDS; and **RJ**, a Minor, BY AND THROUGH
PARENTS LEWIS AND BRECKEN JONES AS NEXT FRIENDS;
and **NJ**, a Minor, BY AND THROUGH PARENTS LEWIS AND
BRECKEN JONES AS NEXT FRIENDS; and

Plaintiffs**,**

v.

**BOULDER VALLEY SCHOOL DISTRICT RE-2**, Boulder, Colorado;

Defendant.

---

**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)**

---

Plaintiffs Lewis Jones and Brecken Jones, as court-appointed legal representatives of minor plaintiffs KJ, RJ, and NJ, and Defendant Boulder Valley School District RE-2, through respective undersigned counsel, jointly notify the Court that the parties have reached a settlement agreement concerning all claims in this case and Plaintiff stipulates to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted this 15th day of November 2021.

**Illumine Legal, LLC**

*s/J. Brad Bergford*
J. Brad Bergford, Esq.
7887 E. Belleview Avenue, Suite 1100
Denver, CO 80111
Phone: 303.228.2241
brad@lawillumine.com

*Attorney for Plaintiffs*

**CAPLAN AND EARNEST LLC**

*s/ Elliott V. Hood*
Michael W. Schreiner
Elliott V. Hood
3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone: (303) 443-8010
mschreiner@celaw.com
ehood@celaw.com

*Attorneys for Defendant*

### CERTIFICATE OF SERVICE

This is to certify that on November 15, 2021, a true and correct copy of the foregoing was filed with the US District Court of Colorado CM/ECF System which will notify the following:

J. Brad Bergford, Esq.
Illumine Legal, LLC
7887 E. Belleview Avenue, Suite 1100
Denver, CO 80111
Phone: 303.228.2241
Email: brad@lawillumine.com
*Attorneys for Plaintiff*

s/*Shellie Satterfield*
Shellie Satterfield, Paralegal